# SCHEDULE A

## SCHEDULE A

### AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved March 23, 2018, as Public Law 115-141, div. F, tit. II, 132 Stat. 348, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

### PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

# SCHEDULE C

## LEGAL DESCRIPTION

Hidalgo County, Texas

Tract:  RGV-WSL-4000
Owner:  Frank Schuster Farms Inc., et al.
Acres:  23.311

**Being** a 23.311 acre tract (1,015,441 sq. ft.) of land located in the Agostadero Del Gato

Grant, Hidalgo County, Texas; being out of a tract of land described in deed from Frank

Schuster and Helen B. Schuster to Frank Schuster Farms, Inc., recorded in Volume 1424,

Page 279, Volume 1424, Page 284 and Volume 1424, Page 289 of the Hidalgo County

Deed Records (H.C.D.R.), executed October 01, 1974, from J. Franklin Ewers, Jr.,

Trustee to Frank Schuster Farms, Inc., recorded in Document Number 1979-254

H.C.D.R., executed January 03, 1979 and from  Ernestina H. Briones to Frank Schuster

Farms, Inc. recorded in Document Number 1994-372158 H.C.D.R., executed February

11, 1994, also being out of Lot 7 of the Tomas Handy Partition, recorded in Volume 16,

Page 13 of the Hidalgo County Map Records (H.C.M.R.) and Lots 1 and 2, Block 6,

Section III of the Alamo Tract of the Alamo Land and Sugar Company, recorded in

Volume 1 Page 24 H.C.M.R. (Hidalgo County Appraisal District Property ID Nos.

111267, 111268, 111213, 111215, 302280, 302281, 539495, 302283, 121421, 307727,

30726, 307729, 111249, 111248 and 277338); said 23.311 acre tract being more

particularly described by metes and bounds as follows:

**Commencing** at a found IBC disk in concrete for an angle point on the north line of a

tract of land described in deed to United States of America, recorded in Volume 518,

Page 427 H.C.D.R., executed September 01, 1943 and Document Number 1978-24335

H.C.D.R., executed July 20, 1978, an angle point on the westerly south line of said Frank Schuster Farms, Inc. tract, and an angle point on the south line of a called 5.38 acre Levee Easement described in deed to the United State of America recorded in Volume, 424, Page 356 H.C.D.R., executed January 18, 1937,  having coordinates of N=16,553,496.92, E=1,106,993.49;

**Thence:** South 78°49'12" East, along the north line of said United States of America tract, the westerly south line of said Frank Schuster Farms, Inc. tract and the south line of said Levee Easement, a distance of 577.53 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4000-1", set, for the **Point of Beginning** and being on the west line of the herein described tract and the east line of Lot 14, Block 9 of said Section III, for the northeast corner of said United States of America tract, an interior corner of said Frank Schuster Farms, Inc. tract, the southwest corner of a called 4.58 acre Levee Easement described in deed to the United State of America recorded in Volume, 431, Page 468 H.C.D.R., executed August 16, 1937 and the southeast corner of said 5.38 acre Levee Easement, having coordinates of N=16,553,384.94, E=1,107,560.07, from which a found 5/8-inch iron rod with 3-inch aluminum cap stamped "US FISH AND WILDLIFE" bears South 00°07' West, 29.8 feet;

**Thence:** North 09°23'10" East, along the east line of said Lot 14, the east line of said 5.38 acre Levee Easement,  and the west line of said 4.58 acre Levee Easement, a distance of 191.06 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4000-2", set, for the northwest corner of herein described tract;

**Thence:** South 84°52'17" East, departing the east line of said Lot 14, a distance of 15.42 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4000-3", set, for an angle point on the north line of herein described tract;

**Thence:** South 10°23'43" East, a distance of 40.34 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4000-4", set, for an angle point on the north line of herein described tract;

**Thence:** South 66°50'28" East, a distance of 18.92 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4000-5", set, for the beginning of a non-tangent curve to the right, whose center bears South 08°52'14" West, 2,118.88 feet;

**Thence:** in a southeasterly direction, along said non-tangent curve to the right, having a radius of 2,118.88 feet, an arc length of 302.39 feet, a central angle of 08°10'36" and a chord which bears South 77°02'28" East, 302.13 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4000-6", set, for the end of said curve;

**Thence:** South 70°16'07" East, a distance of 593.26 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4000-7", set, for an angle point on the north line of herein described tract;

**Thence:** South 68°14'53" East, a distance of 353.15 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4000-8", set, for an angle point on the north line of herein described tract;

**Thence:** North 88°23'26" East, a distance of 11.58 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4000-9", set, for an angle point on the north line of herein described tract;

**Thence:** North 39°58'06" East, a distance of 22.34 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4000-10", set, for an angle point on the north line of herein described tract, being on the south line of the remainder of a tract of land described in deed to Ernestina H. Briones, recorded in Volume 1621, Page 687 H.C.D.R., executed April 26, 1979, more fully described as save and except tract in Document Number 1994-372158 H.C.D.R., being on a north line of said Frank Schuster Farms, Inc. tract;

**Thence:** South 69°45'16" East, a distance of 33.42 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4000-11", set, for an angle point on the north line of herein described tract;

**Thence:** South 02°50'48" West, a distance of 15.92 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4000-12", set, for an angle point on the north line of herein described tract;

**Thence:** South 49°09'09" East, a distance of 31.61 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4000-13", set, for an angle point on the north line of herein described tract;

**Thence:** South 70°30'34" East, a distance of 55.36 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4000-14", set, for an angle point on the north line of herein described tract;

**Thence:** South 75°45'54" East, a distance of 267.26 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4000-15", set, for an angle point on the north line of herein described tract;

**Thence:** South 70°03'33" East, a distance of 63.61 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4000-16", set, for an angle point on the north line of herein described tract;

**Thence:** North 44°54'05" East, a distance of 17.27 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4000-17", set, for an angle point on the north line of herein described tract;

**Thence:** South 79°53'34" East, a distance of 27.74 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4000-18", set, for an angle point on the north line of herein described tract;

**Thence:** South 26°49'17" East, a distance of 17.13 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4000-19", set, for an angle point on the north line of herein described tract;

**Thence:** South 74°48'39" East, a distance of 806.70 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4000-20", set, for an angle point on the north line of herein described tract;

**Thence:** South 53°27'22" East, a distance of 68.56 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4000-21", set, for an angle point on the north line of herein described tract;

**Thence:** South 36°33'35" East, a distance of 830.89 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4000-22", set, for the beginning of a non-tangent curve to the left, whose center bears North 53°26'25" East, 110.00 feet;

**Thence:** in a southeasterly direction, along said non-tangent curve to the left, having a radius of 110.00 feet, an arc length of 164.85 feet, a central angle of 85°51'56" and a chord which bears South 79°29'33" East, 149.85 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4000-23", set, for the end of said curve;

**Thence:** South 73°24'39" East, a distance of 31.60 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4000-24", set, for an angle point on the north line of herein described tract;

**Thence:** South 17°30'19" West, a distance of 20.92 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4000-25", set, for an angle point on the north line of herein described tract;

**Thence:** South 88°44'28" East, a distance of 43.96 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4000-26", set, for the beginning of a tangent curve to the left;

**Thence:** in a northeasterly direction, along said tangent curve to the left, having a radius of 180.00 feet, an arc length of 131.91 feet, a central angle of 41°59'20" and a chord which bears North 70°15'52" East, 128.98 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4000-27", set, for the end of said curve;

**Thence:** North 49°16'13" East, a distance of 256.03 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4000-28", set, for the beginning of a non-tangent curve to the left, whose center bears North 47°43'00" West, 167.78 feet;

**Thence:** in a northeasterly direction, along said non-tangent curve to the left, having a radius of 167.78 feet, an arc length of 110.66 feet, a central angle of 37°47'29" and a chord which bears North 23°23'15" East, 108.67 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4000-29", set, for the end of said curve;

**Thence:** South 79°28'25" East, a distance of 25.47 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4000-30", set, for an angle point on the north line of herein described tract;

**Thence:** South 32°58'28" East, a distance of 17.21 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4000-31=4002-9", set, for the northeast corner of the herein described tract, being on the west line of a tract of land described in deed to

Fortco Properties, Ltd., recorded in Document Number 2018-2895970 of the Hidalgo County Official Records (H.C.O.R.), Executed March 08, 2018, the east line of said Frank Schuster Farms, Inc. tract and the east line of said Lot 2;

**Thence:** South 08°39'31" West, along the west line of said Fortco Properties, Ltd. Tract, the east line of said Frank Schuster Farms, Inc. tract and the east line of said Lot 2, a distance of 386.22 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4000-32=4002-8", set, for the southeast corner of the herein described tract;

**Thence:** South 46°29'34" West, departing the west line of said Fortco Properties, Ltd. Tract, the east line of said Frank Schuster Farms, Inc. tract and the east line of said Lot 2, a distance of 216.14 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4000-33", set, for an angle point on the south line of herein described tract;

**Thence:** North 88°00'59" West, a distance of 476.20 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4000-34", set, for an angle point on the south line of herein described tract;

**Thence:** North 36°48'10" West, a distance of 966.77 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4000-35", set, for an angle point on the south line of herein described tract;

**Thence:** North 74°31'09" West, a distance of 1,260.65 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4000-36", set, for an angle point on the south line of herein described tract;

**Thence:** North 70°15'30" West, a distance of 1,055.01 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4000-37", set, for an angle point on the south line of herein described tract;

**Thence:** North 78°35'13" West, a distance of 229.18 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4000-38", set, for the southwest corner of herein described tract, being on the east line of said United States of America tract, the east line of Lot 3, Block 5 of said Section III and the southerly west line of said Frank Schuster Farms, Inc. tract;

**Thence:** North 09°23'10" East, along the east line of said United States of America tract, the east line of said Lot 3 and the southerly west line of said Frank Schuster Farms, Inc. tract, a distance of 92.09 feet to the **Point of Beginning** and containing 23.311 acre or 1,015,441 square feet of land.

# SCHEDULE D

## SCHEDULE D

### MAP or PLAT

### LAND TO BE CONDEMNED

NOTES:

1. BEARINGS AND COORDINATES ARE REFERENCED TO THE TEXAS COORDINATE SYSTEM OF 1983, NAD83 (2011), SOUTH ZONE (4205) AND BASED ON CONTROL POINT NUMBER 112, HAVING COORDINATES OF N=16,554,097.208 & E=1,106,071.686, CONTROL POINT NUMBER 113, HAVING COORDINATES OF N=16,551,420.147 & E=1,113,893.195 AND CONTROL POINT NUMBER 114, HAVING COORDINATES OF N=16,551,984.317, E=1,119,470.921 AS ESTABLISHED BY B&F ENGINEERING, INC. ALL COORDINATES AND DISTANCES ARE SURFACE VALUES AND CAN BE CONVERTED TO GRID VALUES BY MULTIPLYING BY THE PROJECT SCALE FACTOR (PSF) OF 1.000000000 (SURFACE X PSF = GRID).

2. THE UNIT OF MEASURE IS THE U.S. SURVEY FOOT.

3. THIS PLAT IS ACCOMPANIED BY SEPARATE METES AND BOUNDS DESCRIPTION.

4. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.

5. RESEARCH WAS PERFORMED OCTOBER TO DECEMBER 2018.

6. FIELD SURVEYS WERE PERFORMED OCTOBER 2018 TO FEBRUARY, 2019.

7. LONE STAR 811 UTLITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON DECEMBER 03, 2018 (LONE STAR 811 TICKET NO. 583247704, TEXAS811 LOCATE REQUEST TICKET NO. 1883717293).

8. CORNERS NOT SET AT TIME OF SURVEY, TO BE SET UPON POSSESSION OF PROPERTY BY THE GOVERNMENT.

9. EXISTING ACRAGE CALCULATED SOUTH OF U.S. 281 ONLY.

| AREA TABLE (ACRES) | | | |
|---|---|---|---|
| EXISTING AC. | TAKING AC./S.F. | EXISTING USA EASEMENT | REMAINING |
| 688.12 (SEE NOTE 9) | 23.311 1,015,441 | 14.25 AC. | 664.809 |



SCALE: NOT TO SCALE

SANTA ANA GRANT
HIDALGO COUNTY
TEXAS

AGOSTADERO DEL GATO GRANT
HIDALGO COUNTY
TEXAS

US 281

SURVEY LINE

RGV-WSL-4000
23.311 AC.
1,015,441 SQ. FT.

P.O.C.
FND. IBC DISK
IN CONC.
N=16,553,496.92
E=1,106,993.49

P.O.B.
RGV-WSL-4000-1
N=16,553,384.94
E=1,107,560.07

FRANK SCHUSTER FARMS, INC.
VOL. 1424, PG. 279,
VOL. 1424, PG. 284
& VOL. 1424, PG. 289
H.C.D.R.
EXECUTED OCTOBER 01, 1974
DOC. NO. 1979-254
H.C.D.R.
EXECUTED JANUARY 03, 1979
DOC. NO. 1994-372158
H.C.D.R.
EXECUTED FEBRUARY 11, 1994

RIO GRANDE RIVER

| COORDINATE TABLE | | |
|---|---|---|
| POINT | NORTHING | EASTING |
| RGV-WSL-4000-1 | 16,553,384.94 | 1,107,560.07 |
| RGV-WSL-4000-2 | 16,553,573.44 | 1,107,591.23 |
| RGV-WSL-4000-3 | 16,553,572.07 | 1,107,606.59 |
| RGV-WSL-4000-4 | 16,553,532.39 | 1,107,613.86 |
| RGV-WSL-4000-5 | 16,553,524.95 | 1,107,631.26 |
| RGV-WSL-4000-6 | 16,553,457.20 | 1,107,925.70 |
| RGV-WSL-4000-7 | 16,553,256.91 | 1,108,484.13 |
| RGV-WSL-4000-8 | 16,553,126.03 | 1,108,812.13 |
| RGV-WSL-4000-9 | 16,553,126.36 | 1,108,823.71 |
| RGV-WSL-4000-10 | 16,553,143.48 | 1,108,838.06 |
| RGV-WSL-4000-11 | 16,553,131.91 | 1,108,869.42 |
| RGV-WSL-4000-12 | 16,553,116.01 | 1,108,868.62 |
| RGV-WSL-4000-13 | 16,553,095.33 | 1,108,892.54 |
| RGV-WSL-4000-14 | 16,553,076.86 | 1,108,944.72 |
| RGV-WSL-4000-15 | 16,553,011.14 | 1,109,203.78 |

SEE SHEET 10
FOR MORE TABLE

I HEREBY CERTIFY THAT THIS SURVEY WAS MADE ON THE GROUND UNDER MY SUPERVISION AND THAT THIS PLAT CORRECTLY REPRESENTS THE FACTS AS FOUND AT THE TIME OF THE SURVEY.
SURVEY DATE, FEBRUARY, 2019.

adam N. Diehl

ADAM N. DIEHL
REGISTERED PROFESSIONAL LAND SURVEYOR
NO. 6346

STATE OF TEXAS
REGISTERED
ADAM N. DIEHL
6346
PROFESSIONAL
LAND SURVEYOR

02/20/2019

LANDTECH
engineering • surveying
2525 North Loop West, Suite 300, Houston, Texas 77008
T: 713-861-7068, F: 713-861-4131
TBPE Registration No. F-1364, TBPLS Registration No. 10019100

LEGEND

● - SET 5/8" IR W/ALUMINUM CAP STAMPED (AS NOTED)
○ - FOUND PROPERTY CORNER (AS NOTED)
H.C.D.R. - HIDALGO COUNTY DEED RECORDS
H.C.O.R. - HIDALGO COUNTY OFFICIAL RECORDS
H.C.M.R. - HIDALGO COUNTY MAP RECORDS
P.O.C. - POINT OF COMMENCING
P.O.B. - POINT OF BEGINNING
—Ł— - PROPERTY LINE
——— - PROPOSED ACQUISITION
— - — - EASEMENT

| Drawing SHEET 8 OF 15 | FRANK SCHUSTER FARMS, INC. | | | | | |
|---|---|---|---|---|---|---|
| | TRACT NO. RGV-WSL-4000 | | | | | |
| Ref. No. | HIDALGO COUNTY | | | | TEXAS | |

| | Mark | Description | Date | Appr. |
|---|---|---|---|---|

| | BY | DATE |
|---|---|---|
| Drawn | MP | 02/19 |
| Checked | AND | 02/19 |
| Surveyor | AND | 02/19 |
| Fid.Bk. # | 18RGVH-T1-3 | |

CONTRACT NO.: W9127S4l=D40013
T.O.: W45XMA815779870001

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10193140



ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-4066
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com

US Army Corps of Engineers

LANDTECH  1820182  FILE NAME:  DATE:





AGOSTADERO DEL GATO GRANT
HIDALGO COUNTY, TEXAS

SCALE: 1"=100'

S 70° 16'07" E   593.26'   RGV-WSL-4000-7

S 68° 14'53" E
353.15'

LEVEE EASEMENT
VOL. 431, PG. 468
H.C.D.R.

RGV-WSL-4000
23.311 AC.
1,015,441 SQ. FT.

N 70° 15'30" W

1,055.01'

SEE SHEET 8 FOR MORE TABLE

COORDINATE TABLE

| POINT | NORTHING | EASTING |
|---|---|---|
| RGV-WSL-4000-16 | 16,552,989.45 | 1,109,263.57 |
| RGV-WSL-4000-17 | 16,553,001.68 | 1,109,275.76 |
| RGV-WSL-4000-18 | 16,552,996.81 | 1,109,303.07 |
| RGV-WSL-4000-19 | 16,552,981.52 | 1,109,310.80 |
| RGV-WSL-4000-20 | 16,552,770.16 | 1,110,089.32 |
| RGV-WSL-4000-21 | 16,552,729.34 | 1,110,144.40 |
| RGV-WSL-4000-22 | 16,552,061.94 | 1,110,639.33 |
| RGV-WSL-4000-23 | 16,552,034.61 | 1,110,786.67 |
| RGV-WSL-4000-24 | 16,552,025.59 | 1,110,816.96 |
| RGV-WSL-4000-25 | 16,552,005.63 | 1,110,810.66 |
| RGV-WSL-4000-26 | 16,552,004.67 | 1,110,854.61 |
| RGV-WSL-4000-27 | 16,552,048.22 | 1,110,976.02 |
| RGV-WSL-4000-28 | 16,552,215.28 | 1,111,170.04 |
| RGV-WSL-4000-29 | 16,552,315.02 | 1,111,213.17 |
| RGV-WSL-4000-30 | 16,552,310.37 | 1,111,238.22 |
| RGV-WSL-4000-31-4002-9 | 16,552,295.93 | 1,111,247.58 |
| RGV-WSL-4000-32-4002-8 | 16,551,914.11 | 1,111,189.44 |
| RGV-WSL-4000-33 | 16,551,765.30 | 1,111,032.67 |
| RGV-WSL-4000-34 | 16,551,781.79 | 1,110,556.76 |
| RGV-WSL-4000-35 | 16,552,555.88 | 1,109,977.60 |
| RGV-WSL-4000-36 | 16,552,892.37 | 1,108,762.69 |
| RGV-WSL-4000-37 | 16,553,248.73 | 1,107,769.69 |
| RGV-WSL-4000-38 | 16,553,294.08 | 1,107,545.05 |

FRANK SCHUSTER FARMS, INC.
VOL. 1424, PG. 279,
VOL. 1424, PG. 284
& VOL. 1424, PG. 289
H.C.D.R.
EXECUTED OCTOBER 01, 1974
DOC. NO. 1979-254
H.C.D.R.
EXECUTED JANUARY 03, 1979
DOC. NO. 1994-372158
H.C.D.R.
EXECUTED FEBRUARY 11, 1994

LANDTECH
engineering • surveying
2525 North Loop West, Suite 300, Houston, Texas 77008
T: 713-861-7068, F: 713-861-4131
TBPE Registration No. F-1364; TBPLS Registration No. 10019100

FRANK SCHUSTER FARMS, INC.

TRACT NO. RGV-WSL-4000

HIDALGO COUNTY                    TEXAS

Drawing Ref. No.
SHEET 10 OF 15

| Mark | Description | Date | Appr. |
|---|---|---|---|
| | | | |

| | BY | DATE |
|---|---|---|
| Drawn | MP | 02/19 |
| Checked | AND | 02/19 |
| Surveyor | AND | 02/19 |
| Fld.Bk. # | 18RGVH-T1-L3 | |

CONTRACT NO.: W9127S-14-D-0013
T.O.: W45XMA815779670001

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10153142

ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-6366
(FAX) 501-767-6869
(EMAIL) info@bnfeng.com

US Army Corps of Engineers

LANDTECH  1820182  FILE NAME:        DATE:



OLD CEMENTARY

DETAIL "A"
NOT TO SCALE

AGOSTADERO DEL
GATO GRANT
HIDALGO COUNTY, TEXAS

SCALE: 1"=100'

ERNESTINA H. BRIONES
VOL. 1621, PG. 687
H.C.D.R.
EXECUTED APRIL 26, 1979
DESCRIBED IN
DOC. NO. 1994-372158
H.C.D.R.

TOMAS HANDY
PARTITION
VOL. 16, PG. 13
H.C.M.R.

HANDY CEMETERY
DOC. NO. 2008-1946588
H.C.O.R.
CALLED 50' X 75' BY
PERIMETER CHAIN LINK FENCE

LOT 7

LOT 16
BLOCK 10

40' ROAD EASEMENT
VOL. 1, PG. 24, H.C.M.R.

LEVEE EASEMENT
VOL. 431, PG. 468
H.C.D.R.

RGV-WSL-4000
23.311 AC.
1,015,441 SQ. FT.

FND. IBC DISK IN CONC.
20' WIDE EASEMENT
VOL. 16, PG. 3
H.C.M.R.

LOT 8

SECTION III
ALAMO TRACT OF
THE ALAMO LAND AND
SUGAR COMPANY
VOL. 1, PG. 24
H.C.M.R.

LOT 1
BLOCK 6

FRANK SCHUSTER FARMS, INC.
VOL. 1424, PG. 279,
VOL. 1424, PG. 284
& VOL. 1424, PG. 289
H.C.D.R.
EXECUTED OCTOBER 01, 1974
DOC. NO. 1979-254
H.C.D.R.
EXECUTED JANUARY 03, 1979
DOC. NO. 1994-372158
H.C.D.R.
EXECUTED FEBRUARY 11, 1994

LINE TABLE

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L1 | N 88°23'26" E | 11.58' |
| L2 | N 39°58'06" E | 22.34' |
| L3 | S 69°45'16" E | 33.42' |
| L4 | S 02°50'48" W | 15.92' |
| L5 | S 49°09'09" E | 31.61' |
| L6 | S 70°30'34" E | 55.36' |

LANDTECH
engineering · surveying
2525 North Loop West, Suite 300, Houston, Texas 77008
T: 713-861-7068, F: 713-861-4131
TBPE Registration No. F-1364, TBPLS Registration No. 10019100

FRANK SCHUSTER FARMS, INC.

TRACT NO. RGV-WSL-4000

HIDALGO COUNTY                    TEXAS

| Mark | Description | Date | Appr. |
|------|-------------|------|-------|

| | BY | DATE |
|---|---|---|
| Drawn | MP | 02/19 |
| Checked | AND | 02/19 |
| Surveyor | AND | 02/19 |
| Fld.Bk. # | 18RGVH-T1-L3 | |

CONTRACT NO.: W9127S-14-D-0013
T.O.: W45XMA815779870001

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10193942

B&F
ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-9899
(EMAIL) bfe@bnfeng.com

US Army Corps
of Engineers

Drawing
SHEET 11 OF 15
Ref No.

LANDTECH  1820182  FILE NAME:                    DATE:



AGOSTADERO DEL GATO GRANT
HIDALGO COUNTY, TEXAS

SCALE: 1"=100'

FRANK SCHUSTER FARMS, INC.
VOL. 1424, PG. 279,
VOL. 1424, PG. 284
& VOL. 1424, PG. 289
H.C.D.R.
EXECUTED OCTOBER 01, 1974
DOC. NO. 1979-254
H.C.D.R.
EXECUTED JANUARY 03, 1979
DOC. NO. 1994-372158
H.C.D.R.
EXECUTED FEBRUARY 11, 1994

ALAMO TRACT OF
THE ALAMO LAND AND
SUGAR COMPANY
VOL. 1, PG. 24
H.C.M.R.
SECTION III

RGV-WSL-4000-15
RGV-WSL-4000-17
RGV-WSL-4000-18
RGV-WSL-4000-16
RGV-WSL-4000-19

MATCH LINE "C"

S 74°48'39" E    806.70'

RGV-WSL-4000
23.311 AC.
1,015,441 SQ. FT.

LEVEE EASEMENT
VOL. 424, PG. 354
H.C.D.R.

MATCH LINE "D"

FND. 5"X5"IBC MON.
(BROKEN)

N 74°31'09" W    1,260.65'

LOT 1
BLOCK 6

| LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | S 75°45'54" E | 267.26' |
| L2 | S 70°03'33" E | 63.61' |
| L3 | N 44°54'05" E | 17.27 ' |
| L4 | S 79°53'34" E | 27.74' |
| L5 | S 26°49'17" E | 17.13' |

LANDTECH
engineering • surveying
2525 North Loop West, Suite 300, Houston, Texas 77008
T: 713-861-7068, F: 713-861-4131
TBPE Registration No. F-1364; TBPLS Registration No. 10019100

FRANK SCHUSTER FARMS, INC.

TRACT NO. RGV-WSL-4000

HIDALGO COUNTY    TEXAS

Drawing Ref. No.
SHEET 12 OF 15

| | Mark | Description | | Date | Appr. |
|---|---|---|---|---|---|

CONTRACT NO.: W912TS14-D-0013
T.O.: W45XMA61577987000

| | BY | DATE |
|---|---|---|
| Drawn | MP | 02/19 |
| Checked | AND | 02/19 |
| Surveyor | AND | 02/19 |
| Fld.Bk. # | 18RGVH-T1-L3 | |

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10163942

B&F
ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-8366
(FAX) 501-767-9859
(EMAIL) info@bnfeng.com

US Army Corps
of Engineers

LANDTECH   1620182   FILE NAME:    DATE:





| CURVE DATA | | | | |
|---|---|---|---|---|
| CURVE | RADIUS | LENGTH | DELTA | CHORD |
| C1 | 110.00' | 164.85' | 85°51'56" | S 79°29'33" E    149.85' |

SCALE: 1"=100'

AGOSTADERO DEL GATO GRANT
HIDALGO COUNTY, TEXAS

ALAMO TRACT OF
THE ALAMO LAND AND
SUGAR COMPANY
VOL. 1, PG. 24
H.C.M.R.

SECTION III

RGV-WSL-4000
23.311 AC.
1,015,441 SQ. FT.

LOT 2
BLOCK 6

FRANK SCHUSTER FARMS, INC.
VOL. 1424, PG. 279,
VOL. 1424, PG. 284
& VOL. 1424, PG. 289
H.C.D.R.
EXECUTED OCTOBER 01, 1974
DOC. NO. 1979-254
H.C.D.R.
EXECUTED JANUARY 03, 1979
DOC. NO. 1994-372158
H.C.D.R.
EXECUTED FEBRUARY 11, 1994

RGV-WSL-4000-24
RGV-WSL-4000-22
RGV-WSL-4000-23
RGV-WSL-4000-25
RGV-WSL-4000-34

FND. 60D NAIL
INSIDE 3" IP

N 88°00'59" W
476.20'

| LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | S 73°24'39" E | 31.60' |
| L2 | S 17°30'19" W | 20.92' |
| L3 | S 88°44'28" E | 43.96' |

**LANDTECH**
engineering • surveying
2525 North Loop West, Suite 300, Houston, Texas 77008
T: 713-861-7068, F: 713-861-4131
TBPE Registration No. F-1364, TBPLS Registration No. 10019100

FRANK SCHUSTER FARMS, INC.

TRACT NO. RGV-WSL-4000

HIDALGO COUNTY                    TEXAS

| Mark | Description | Date | Appr | | BY | DATE |
|---|---|---|---|---|---|---|
| | | | | Drawn | MP | 02/19 |
| | | | | Checked | AND | 02/19 |
| | | | | Surveyor | AND | 02/19 |
| | | | | Fld.Bk. # | 18RGVH-T1-L3 | |

CONTRACT NO.: W9127S-14-D-0013
T.O.: W45XMA815779870001

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10193142

ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501x767x2366
(FAX) 501-767-6859
[EMAIL] info@bnfeng.com

US Army Corps
of Engineers

Drawing Sheet 14 OF 15
Ref No

LANDTECH  1820182  FILE NAME;          DATE;





SECTION III

ALAMO TRACT OF
THE ALAMO LAND AND
SUGAR COMPANY
VOL. 1, PG. 24
H.C.M.R.

AGOSTADERO DEL GATO GRANT
HIDALGO COUNTY, TEXAS

SCALE: 1"=100'

0    50    100    200

FRANK SCHUSTER FARMS, INC.
VOL. 1424, PG. 279,
VOL. 1424, PG. 284
& VOL. 1424, PG. 289
H.C.D.R.
EXECUTED OCTOBER 01, 1974
DOC. NO. 1979-254
H.C.D.R.
EXECUTED JANUARY 03, 1979
DOC. NO. 1994-372158
H.C.D.R.
EXECUTED FEBRUARY 11, 1994

RGV-WSL-4000-29
RGV-WSL-4000-30
L3
RGV-WSL-4000-31-4002-9
L2
C2
DIRT/GRASS
TOE OF SLOPE

DIRT/GRAVEL ROAD

LEVEE EASEMENT
VOL. 443, PG. 248
H.C.D.R.

TOE OF SLOPE

DIRT/GRAVEL ROAD

N 49°16'13" E
256.03'

RGV-WSL-4000-27
RGV-WSL-4000-28

L4

PLOWED FIELD

LOT 2
BLOCK 6

RGV-WSL-4000
23.311 AC.
1,015,441 SQ. FT.

FND. 5/8" IR

WOODS

FORTCO PROPERTIES, LTD.
DOC. NO. 2018-2895970
H.C.O.R.
EXECUTED MARCH 08, 2018

L1
C1
RGV-WSL-4000-26

MATCH LINE "F"

LEVEE EASEMENT
VOL. 424, PG. 354
H.C.D.R.

RGV-WSL-4000-32-4002-8

FND. 5/8" IR

S 46°29'34" W
216.14'

PLOWED FIELD

SUBDIVISION LINE

RGV-WSL-4000-33

N 88°00'59" W
476.20'

| LINE TABLE | | |
|------|----------------|----------|
| LINE | BEARING | DISTANCE |
| L1 | S 88°44'28" E | 43.96' |
| L2 | S 79°28'25" E | 25.47' |
| L3 | S 32°58'28" E | 17.21' |
| L4 | S 08°39'31" W | 386.22' |

| CURVE DATA | | | | |
|-------|--------|--------|-----------|------------------|
| CURVE | RADIUS | LENGTH | DELTA | CHORD |
| C1 | 180.00 | 131.91 | 41°59'20" | N 70°15'52" E 128.98' |
| C2 | 167.78 | 110.66 | 37°47'29" | N 23°23'15" E 108.67' |

LANDTECH
engineering • surveying
2525 North Loop West, Suite 300, Houston, Texas 77008
T: 713-861-7068, F: 713-861-4131
TBPE Registration No. F-1364; TBPLS Registration No. 10019100

FRANK SCHUSTER FARMS, INC.

TRACT NO. RGV-WSL-4000

HIDALGO COUNTY                    TEXAS

CONTRACT NO.: W9127S4140-0013
T.O.: W45XMA61577987001

| Mark | Description | Date | Appr | | BY | DATE |
|------|-------------|------|------|---|----|------|
| | | | | Drawn | MP | 02/19 |
| | | | | Checked | AND | 02/19 |
| | | | | Surveyor | AND | 02/19 |
| | | | | Fld.Bk. # | 18RGVH-T1-L3 | |

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10153142

B&F
ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-8366
(FAX) 501-767-8859
(EMAIL) info@bnfeng.com

US Army Corps
of Engineers

Drawing Ref. No.
SHEET 15 OF 15

LANDTECH  1620182  FILE NAME:            DATE:

# SCHEDULE E

**SCHEDULE E**
ESTATE TAKEN

Hidalgo County, Texas

Tract:  RGV-WSL-4000
Owner:  Frank Schuster Farms Inc., *et al*.
Acres:  23.311

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of the lands identified in Document No. 1974-24075 (Volume 1424, Page 279), Document No. 1974-24077 (Volume 1424, Page 284), Document No. 1974-24078 (Volume 1424, Page 289), Document No. 1979-254 and Document Number 1994-372158 of the Hidalgo County Deed Records (H.C.D.R.); Lot 7 of the Tomas Handy Partition recorded at Volume 16, Page 13 and Lots 1 and 2, Block 6, Section III of the Alamo Tract of the Alamo Land and Sugar Company, recorded at Volume 1, Page 24 of the Hidalgo County Map Records (H.C.M.R.); and, in Hidalgo County Appraisal District Property ID Nos. 111267, 111268, 111213, 111215, 302280, 302281, 539495, 302283, 121421, 307727, 30726, 307729, 111249, 111248 and 277338, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

# Border Infrastructure Project

# RGV-02

## WSL-4000-4004

## Hidalgo County, Texas

## Legend

Tracts

ParentTracts

N W E S

0 900 1,800 Feet

1 inch = 559 feet

**Warning:** This document is **FOR OFFICIAL USE ONLY (FOUO).** It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

December 5, 2019

# SCHEDULE F

## **SCHEDULE F**

<u>ESTIMATE OF JUST COMPENSATION</u>

The sum estimated as just compensation for the land being taken is THREE HUNDRED TEN THOUSAND, EIGHT HUNDRED SEVENTY-THREE DOLLARS AND NO/100 ($310,873.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

**SCHEDULE G**

INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Frank Schuster Farms Inc., et al.**<br>c/o **Frank J. Schuster,** Registered Agent<br>1011 U.S. Highway 281<br>Alamo, TX 78516 | Warranty Deed, Document #s: 1974-24075, 1974-24077, 1974-24078, recorded October 29, 1974 and Warranty Deed, Document #: 1994-372158, recorded March 1, 1994, Deed Records of Hidalgo County<br><br>Amendment to Certificate of Adjudication (irrigation), recorded February 11, 1998, Hidalgo County Records, Document 654389<br><br>Amendment to Certificate of Adjudication, recorded June 8, 1999 in Hidalgo County, Document 780849 |
| **Hidalgo County**<br>Pablo (Paul) Villarreal Jr.<br>Tax Assessor-Collector<br>2804 S. Business Highway 281<br>Edinburg, TX  78539 | |
| **El Sabino Family Farms, LLC** | Certificate of Inspection and Possession dated August 6, 2019 |
| | |