United States District Court
Southern District of Texas
**FILED**

DEC 17 2019

David J. Bradley, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. 7:19-cv-00407 |
| 23.311 ACRES OF LAND, MORE OR LESS, SITUATE IN HIDALGO COUNTY, STATE OF TEXAS, AND FRANK SCHUSTER FARMS INC., *ET AL.*, Defendants. | § § § § § § | |

## CLERK'S RECEIPT

I, David J. Bradley, Clerk of the United States District Court for the Southern District of Texas, do hereby certify that on December 16, 2019, I received from the United States of America, plaintiff herein, and deposited into the Registry of the Court, Check No. 8736-01855437 dated December 6, 2019, for the total sum of THREE HUNDRED TEN THOUSAND EIGHT HUNDRED SEVENTY THREE DOLLARS AND NO/100 ($310,873.00), being the estimated amount of just compensation in the above entitled condemnation proceeding.

CLERK, UNITED STATES DISTRICT COURT

By: _____
Deputy Clerk