IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO.   7:19-CV-407 |
| 23.311 ACRES OF LAND, MORE OR LESS, SITUATE IN HIDALGO COUNTY, STATE OF TEXAS; AND FRANK SCHUSTER FARMS INC., ET AL., | § § § § § § | |
| *Defendants.* | § | |

**ORDER FOR DELIVERY OF POSSESSION**

This action coming on upon the opposed motion of the Plaintiff for an order for the surrender of immediate possession of the property described in the Complaint filed herein to Plaintiff, and it appearing that Plaintiff is entitled to possession of said property.

**IT IS HEREBY ORDERED** that all defendants to this action and all persons in possession or control of the property described in the Complaint filed herein shall surrender possession of said property to the extent of the estate being condemned, to the Plaintiff immediately.

**IT IS FURTHER ORDERED** that a notice of this order shall be served on all persons in possession or control of the said property forthwith.

**IT IS FURTHER ORDERED** that:

(1) This Order is without prejudice to the rights of Defendants to present evidence on the amount of just compensation to be paid and to share in the award; and

(2) This case will remain open for the issue of just compensation.

**IT IS SO ORDERED**.

**DONE** at McAllen, Texas, this ___ day of _____, 20___.

_____
**RANDY CRANE**
United States District Judge