IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 7:19-CV-407 |
| | § | |
| 23.311 ACRES OF LAND, MORE OR LESS, SITUATE IN HIDALGO COUNTY, STATE OF TEXAS; AND FRANK SCHUSTER FARMS INC., ET AL | § § § § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF'S DISCLOSURE OF INTERESTED PARTIES

NOW COMES, United States of America, by and through Ryan K. Patrick, United States Attorney, and hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

1. United States of America, Plaintiff.

2. <u>Frank Schuster Farms Inc.</u>;
    Alamo, TX 78516

3. Hidalgo County Tax Assessor
    Edinburg, TX 78539

                                                  Respectfully submitted,
                                                  RYAN K. PATRICK
                                                  United States Attorney

                              BY:    <u>s/ *Hilda M. Garcia Concepcion*</u>
                                                  **HILDA M. GARCIA CONCEPCION**
                                                  Assistant United States Attorney
                                                  Southern District of Texas No.3399716
                                                  Puerto Rico Bar No. 15494
                                                  1701 W. Bus. Highway 83, Suite 600
                                                  McAllen, TX 78501

Telephone: (956) 618-8004
Facsimile: (956) 618-8016
E-mail: Hilda.Garcia.Concepcion@usdoj.gov
Attorney-In-Charge for Plaintiff

## CERTIFICATE OF SERVICE

I, Hilda M. Garcia Concepcion, Assistant United States Attorney for the Southern District of Texas, do hereby certify that on this 24th day of January 2020, a copy of the foregoing was served on the following parties in accordance with the Federal Rules of Civil Procedure.

| | |
|---|---|
| Frank Schuster Farms Inc.; <br> Alamo, TX 78516 | USPS 1st Class |
| Hidalgo County Tax Assessor <br> Edinburg, TX 78539 | USPS 1st Class |

By: *s/ Hilda M. Garcia Concepcion*
**HILDA M. GARCIA CONCEPCION**
Assistant United States Attorney