**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 7:19-CV-407 |
| | § | |
| 23.311 ACRES OF LAND, more or less, | § | |
| situated in HIDALGO COUNTY, STATE | § | |
| OF TEXAS; and FRANK SCHUSTER FARMS | § | |
| INC., et al., | § | |
| | § | |
| *Defendants.* | § | |

**STATUS REPORT**

Plaintiff United States of America ("United States"), through the undersigned Assistant United States Attorney, files this Status Report, and informs the Court as follows:

1.      On May 7th, 2021, Plaintiff the United States of America ("United States") and Defendant Frank Schuster Farms, Inc. ("Defendant") filed a joint stipulation whereby they agreed that the flood levee on the property that is the subject of this condemnation proceeding had been altered and was in need of repair and restoration.

2.      The United States agreed to take measures to begin the process of restoring the structural and functional integrity of the flood levee on the property subject of this condemnation proceeding.

3.      The United States now informs that since the filing of the joint stipulation, the United States has restored approximately ¼ of a mile of levee on WSL-4000 and the contractor is performing preparation work on 600' of levee, backfill activities along 100' of the levee, and pouring concrete along 500' of the levee.

WHEREFORE, the United States respectfully requests this Court be informed as to the aforementioned.

Respectfully submitted,

**JENNIFER B. LOWERY**
Acting United States Attorney
Southern District of Texas

BY:    **s/ _Hilda M. Garcia Concepcion_____**
**HILDA M. GARCIA CONCEPCION**
Assistant United States Attorney
Southern District of Texas No.3399716
Puerto Rico Bar No. 15494
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone:  (956) 618-8004
Facsimile:  (956) 618-8016
E-mail: Hilda.Garcia.Concepcion@usdoj.gov

**JOHN A. SMITH, III**
**Assistant United States Attorney**
Attorney-in-Charge
Southern District of Texas No. 8638
Texas Bar No. 18627450
One Shoreline Plaza
800 North Shoreline Blvd., Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 888-3111
Facsimile: (361) 888-3234
E-mail: john.a.smith@usdoj.gov

ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA

CERTIFICATE OF SERVICE

I, Hilda M. Garcia Concepcion, Assistant United States Attorney for the Southern District of Texas, hereby certify that on this day, August 2, 2021, a copy of the foregoing was served on all parties in accordance with the Federal Rules of Civil Procedure.

By:    **s/ _Hilda M. Garcia Concepcion_**
        **HILDA M. GARCIA CONCEPCION**
        Assistant United States Attorney